In the Matter of the Application of GEORGE J. GILLESPIE et al., Constituting the Board of Water Supply of the City of New York, Appellants, to Acquire Real Property in the Towns of Shandaken, Woodstock and Olive.

THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

(Submitted September 28, 1936; decided September 30, 1936.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 272 N. Y. 18.)

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* PHILIP ZALOMECK, Respondent.

(Submitted September 28, 1936; decided September 30, 1936.)

*Max Cohen* for motion.

No one opposed.

Motion granted and appeal dismissed.